```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  CHRISTINE C. EWELL
    Assistant United States Attorney
 3  Chief, Criminal Division
    STEVEN R. WELK
 4  Assistant United States Attorney
    Chief, Asset Forfeiture Section
 5  MONICA E. TAIT
    Assistant United States Attorney
 6  California Bar Number 157311
    Asset Forfeiture Section
 7       1400 United States Courthouse
         312 North Spring Street
 8       Los Angeles, California 90012
         Telephone: (213) 894-2931
 9       Facsimile: (213) 894-7177
         Email:    Monica.Tait@usdoj.gov
10
    Attorneys for Defendant/Respondent
11  United States of America
```

JS-6

FILED
CLERK, U.S. DISTRICT COURT

APR 28 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN RE: ANDREW HANTZIS' MOTION FOR RETURN OF PROPERTY AND MOTION FOR EVIDENTIARY HEARING PURSUANT TO FED. R. CRIM. P. 41(G) | CV 08-8091 SVW<br><br>[~~PROPOSED~~] JUDGMENT |

The court having granted the motion of Defendant/Respondent United States of America for summary judgment pursuant to Fed. R. Civ. P. 56(a) on petitioner/plaintiff Andrew Hantzis' Motion for Return of Property and Motion for Evidentiary Hearing Pursuant to Fed. R. Crim. P. 41(g) ("Motion"),

//
//
//
//

Judgment in favor of the United States of America and against Andrew Hantzis is hereby entered in this matter. The clerk is hereby directed to enter this judgment, which constitutes a final judgment resolving all issues raised in the Motion.

DATED: 4/14/09

_____
The Honorable Stephen V. Wilson
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

THOMAS P. O'BRIEN
United States Attorney

_____
MONICA E. TAIT
Assistant United States Attorney

## PROOF OF SERVICE BY MAILING

I am over the age of 18 and not a party to the within action. I am employed by the Office of the United States Attorney, Central District of California. My business address is 312 North Spring Street, 14th Floor, Los Angeles, California 90012.

On <u>April 3, 2009</u>, I served a <u>[PROPOSED] JUDGMENT</u> on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices. I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

Date of mailing: <u>April 3, 2009</u>. Place of mailing: <u>Los Angeles, California</u>.

**TO:** Andrew Hantzis
Register #16438-112
FCI Yazoo
P.O. Box 5000
Yazoo City, MS 39194

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: <u>April 3, 2009</u> at Los Angeles, California.

_____
**Helen Wu**

# Notices

2:08-cv-08091-SVW United States of America v. Andrew Hantzis **CASE CLOSED on 03/31/2009**
CLOSED

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

### Notice of Electronic Filing

The following transaction was entered by Tait, Monica on 4/3/2009 at 2:27 PM PDT and filed on 4/3/2009
**Case Name:**         United States of America v. Andrew Hantzis
**Case Number:**    2:08-cv-8091
**Filer:**                   United States of America
**WARNING: CASE CLOSED on 03/31/2009**
**Document Number:** 20

**Docket Text:**
NOTICE OF LODGING filed *as to [Proposed] Judgment* re Order on Motion for Summary Judgment, Order on Motion for Return of Property,,,, [19] (Attachments: # (1) Proposed Order [Proposed] Judgment)(Tait, Monica)


**2:08-cv-8091 Notice has been electronically mailed to:**

Assistant 2241-2255 US Attorney LA-CR     USACAC.Criminal@usdoj.gov

Monica E Tait      USACAC.Criminal@usdoj.gov, monica.tait@usdoj.gov

**2:08-cv-8091 Notice has been delivered by First Class U. S. Mail or by fax to: :**

Andrew Hantzis
REG# 16438-112
Federal Correctional Complex
P.O. Box 5000
Yazoo City, MS 39194

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**N:\hwu\ECF\CAC.LA.0808091.20090403.MET.Notice of Lodging.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=4/3/2009] [FileNumber=7559925-0]
[6b30df239f0ff0477f49a37a0cfaf9ecc3060599af16a841c39cc54bddfa59ea2ecae
23f2de4fd5cd3e90f75558b72d0bdf4283e69e9ccef065d7c3987bc04f0]]
**Document description:**Proposed Order [Proposed] Judgment

**Original filename:**N:\hwu\ECF\CAC.LA.0808091.20090403.MET.Proposed Judgment.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=4/3/2009] [FileNumber=7559925-1]
[5a3c30d2945bf220a59686f62212fce8c7d2feb4e10082d5630dae029e930095e3b37
13bd28badc624b57310b8bdb5a0ca32e157c6de9115f3f5e3a153bdf99a]]